UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH CARVER,

    Plaintiff,

  v.

HENRY RICHARDS,

    Defendant.

Case No. C05-5037RJB

ORDER REGARDING REQUEST FOR SELF RECUSAL

    This matter comes before the court on plaintiff's "Request for Self Recusual" (sic), contained in his "Response to R & R Dkt. 10" (Dkt. 11). This request is not a Motion for Recusal under 28 U.S.C. § 144. It is not timely, coming after the magistrate judge's report and recommendation was issued, nor is the request accompanied by a "sufficient affidavit," as required by § 144. Accordingly, no referral is required under Western District of Washington Local General Rule 9 (c), and this request requires no further rulings by this Court.

    **IT IS SO ORDERED.**

    The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

    DATED this 10th day of May, 2005.

               Robert J. Bryan
               U.S. District Judge

ORDER REGARDING REQUEST FOR SELF RECUSAL